Airina L. Rodrigues
(Admitted *pro hac vice*)
Lindsey A. McDougall (SBN 13618)
Matthew J. McKissick (SBN 15281)
Jamie P. Leavitt (SBN 16268)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile: 702.382.8135
Email: arodrigues@bhfs.com
       lmcdougall@bhfs.com
       mmckissick@bhfs.com
       jleavitt@bhfs.com

Matthew D. Francis
Nevada Bar No.: 6978
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mfrancis@bhfs.com

*Attorneys for Plaintiff, Marzen Media LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARZEN MEDIA LLC, a Nevada limited liability company, | CASE NO.:  2:24-cv-01883-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STRIKE [ECF. NO. 21]** |
| FL NEWSLETTER LLC, a Delaware limited liability company, doing business as FANTASY LIFE, | |
| Defendant. | **(FIRST REQUEST)** |

Plaintiff Marzen Media LLC ("Plaintiff") and Defendant FL Newsletter LLC ("Defendant") (collectively the "Parties"), by and through their respective counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the time for Plaintiff and Defendant to file and serve their respective opposition and reply briefs to Defendant's Motion to Strike [ECF No. 21], which was filed and served on January 14, 2025.  This is the first requested extension of time

-1-

to file opposition and reply briefs relating to Defendant's Motion to Strike. ECF No. 21.

Pursuant to LR 7-2, Plaintiff's opposition to Defendant's Motion to Strike is currently due by January 31, 2025, and Defendant's reply would be due seven (7) days later, on February 7, 2025. The Parties respectfully request a seven (7) day extension of time for Plaintiff to file and serve its opposition to Defendant's Motion to Strike, and for Defendant to file and serve its reply in support of its Motion to Strike. Plaintiff's opposition would therefore need to be filed and served by February 7, 2025, and Defendant's reply would need to be filed and served by February 21, 2025.

This Stipulation is filed in good faith and not for the purpose of delay.

IT IS STIPULATED AND AGREED by and between the Parties that the date for Plaintiff to file and serve an opposition to Defendant's Motion to Strike [ECF No. 21] be extended until February 7, 2025, and the date for Defendant to file and serve a reply in support of its Motion to Strike be extended until February 21, 2025.

///

///

///

///

///

///

///

///

///

///

///

**IT IS SO STIPULATED**:

This 29th day of January, 2025.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | BUCHALTER<br>A Professional Corporation |
| By: /s/ *Matthew D. Francis*<br>    Airina L. Rodrigues<br>    (Admitted *pro hac vice*)<br>    Lindsey A. McDougall (SBN 13618)<br>    Matthew J. McKissick (SBN 15281)<br>    Jamie P. Leavitt (SBN 16268)<br>    100 North City Pkwy, Suite 1600<br>    Las Vegas, NV 89106-4614<br>    Telephone: 702.382.2101<br><br>    Matthew D. Francis (SBN 6978)<br>    5520 Kietzke Lane, Suite 110<br>    Reno, NV  89511<br>    Telephone: 775.324.4100<br><br>*Attorneys for Plaintiff,*<br>*Marzen Media LLC* | By: /s/ *Seth K. Trimble*<br>    Elizabeth B. Stallard<br>    500 Capitol Mall, Suite 1900<br>    Sacramento, CA 95814<br>    Telephone: 916.945.5170<br><br>    Amanda G. Hyland<br>    (Admitted *pro hac vice*)<br>    Seth K. Trimble<br>    (Admitted *pro hac vice*)<br>    Austin C. Vining<br>    (Admitted *pro hac vice*)<br>    3350 Riverwood Pkwy. SE, Ste. 1900<br>    Atlanta, GA 30339<br>    Telephone: 404.832.7530<br><br>*Attorneys for Defendant,*<br>*FL Newsletter LLC* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED:    January 30    , 2025