**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARZEN MEDIA LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FL NEWSLETTER LLC, a Delaware limited liability company, doing business as FANTASY LIFE,<br><br>　　　　Defendant. | Case No. Case No. 2:24-cv-01883<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS [ECF. NO. 34]**<br><br>**(FIRST REQUEST)** |

　　　　IT IS HEREBY ORDERED that the date for Defendant to file and serve its reply brief in support of Defendant's Motion to Dismiss [ECF No. 34] is extended until March 14, 2025.

IT IS SO ORDERED:

Dated: March 5, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

1