Airina L. Rodrigues
(Admitted *pro hac vice*)
Lindsey A. McDougall (SBN 13618)
Matthew J. McKissick (SBN 15281)
Jamie P. Leavitt (SBN 16268)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile: 702.382.8135
Email: arodrigues@bhfs.com
          lmcdougall@bhfs.com
          mmckissick@bhfs.com
          jleavitt@bhfs.com

Matthew D. Francis
Nevada Bar No.: 6978
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mfrancis@bhfs.com

*Attorneys for Plaintiff, Marzen Media LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARZEN MEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FL NEWSLETTER LLC, a Delaware limited liability company, doing business as FANTASY LIFE,<br><br>Defendant. | CASE NO.:  2:24-cv-01883-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES IN ORDER FOR SUPPLEMENTAL BRIEFING [ECF NO. 40]**<br><br>**(FIRST REQUEST)** |

Plaintiff Marzen Media LLC ("Plaintiff") and Defendant FL Newsletter LLC ("Defendant") (collectively the "Parties"), by and through their respective counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the deadlines in the Order for Supplemental Briefing.  [ECF No. 40]

On March 13, 2025, this Court entered its Order for Supplemental Briefing, in which the

-1-

Court granted leave for Plaintiff to provide supplemental briefing regarding the decision contained in *Vannah v. L. Off. of Daniel S. Simon*, No. 82058, 506 P.3d 1073, 2022 WL 986138, at *1 (Nev. 2022), substantively oppose Defendant's anti-SLAPP motion, and explain why fees should not be granted to Defendant. [ECF NO. 40]. The Court ordered that Plaintiff may file a supplemental opposition to Defendant's Motion to Dismiss/anti-Slapp motion [ECF No. 21] by March 26, 2025, and further ordered that Defendant may file a reply by April 2, 2025. [ECF No. 40].

The Parties are currently in discussions to determine whether they can resolve Defendant's Motion to Dismiss/anti-SLAPP motion without further court intervention. As such, the Parties respectfully request additional time to comply with the Court's March 13, 2025 order. [ECF NO. 40]. The additional time will allow the Parties to gather and exchange information and documentation and consult with their respective clients.

This Stipulation is filed in good faith and not for the purpose of delay.

IT IS STIPULATED AND AGREED by and between the Parties that the date for Plaintiff to file and serve a supplemental opposition to Defendant's Motion to Dismiss [ECF No. 21] be extended until April 9, 2025, and the date for Defendant to file and serve a reply be extended until April 23, 2025.

///

///

///

///

///

///

///

**IT IS SO STIPULATED**:

Dated this 21ˢᵗ day of March, 2025.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | BUCHALTER<br>A Professional Corporation |
| By: /s/ *Matthew D. Francis*<br>    Airina L. Rodrigues<br>    (Admitted *pro hac vice*)<br>    Lindsey A. McDougall (SBN 13618)<br>    Matthew J. McKissick (SBN 15281)<br>    Jamie P. Leavitt (SBN 16268)<br>    100 North City Pkwy, Suite 1600<br>    Las Vegas, NV 89106-4614<br>    Telephone: 702.382.2101<br><br>    Matthew D. Francis (SBN 6978)<br>    5520 Kietzke Lane, Suite 110<br>    Reno, NV 89511<br>    Telephone: 775.324.4100<br><br>*Attorneys for Plaintiff,*<br>*Marzen Media LLC* | By: /s/ *Seth K. Trimble*<br>    Elizabeth B. Stallard<br>    500 Capitol Mall, Suite 1900<br>    Sacramento, CA 95814<br>    Telephone: 916.945.5170<br><br>    Amanda G. Hyland<br>    (Admitted *pro hac vice*)<br>    Seth K. Trimble<br>    (Admitted *pro hac vice*)<br>    Austin C. Vining<br>    (Admitted *pro hac vice*)<br>    3350 Riverwood Pkwy. SE, Ste. 1900<br>    Atlanta, GA 30339<br>    Telephone: 404.832.7530<br><br>*Attorneys for Defendant,*<br>*FL Newsletter LLC* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 24, 2025, 2025