**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARZEN MEDIA LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>FL NEWSLETTER LLC, a Delaware limited liability company, doing business as FANTASY LIFE,<br><br>        Defendant. | CASE NO.: 2:24-cv-01883-APG-EJY<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STRIKE [ECF. NO. 21]**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY ORDERED that the Parties stipulation to extend briefing schedule for Defendant's motion to strike [ECF No. 21] is here by Granted.  An opposition to Defendant's motion to strike [ECF No. 21] is due on or before May 23, 2025, and the date for Defendant to file and serve a reply in support of its motion to strike is due on or before June 6, 2025.

IT IS SO ORDERED:

Dated:  April 18, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

-1-