**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARZEN MEDIA LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>FL NEWSLETTER LLC, a Delaware limited liability company, doing business as FANTASY LIFE,<br><br>        Defendant. | CASE NO.:  2:24-cv-01883-APG-EJY<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STRIKE [ECF. NO. 21]**<br><br>**(FOURTH REQUEST)** |

IT IS HEREBY ORDERED that the Parties stipulation to extend briefing schedule for Defendant's motion to strike [ECF No. 21] is hereby Granted.  An opposition to Defendant's motion to strike [ECF No. 21] is due on or before June 23, 2025, and the date for Defendant to file and serve a reply in support of its motion to strike is due on or before July 7, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: May 22, 2025

-1-