**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARZEN MEDIA LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>FL NEWSLETTER LLC, a Delaware limited liability company, doing business as FANTASY LIFE,<br><br>    Defendant. | CASE NO.:  2:24-cv-01883-APG-EJY<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

I HEREBY ORDER that the parties' Stipulation for Dismissal With Prejudice [ECF No. 51] is GRANTED.  The above-captioned action and all claims and causes of action alleged by the parties therein are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: June 16, 2025

-1-